344 A.2d 464
COMMONWEALTH of Pennsylvania
v.
Paul PARKER, Appellant.
Supreme Court of Pennsylvania.
Argued Dec. 4, 1974.
Decided Oct. 3, 1975.

Timothy J. Savage, Philadelphia, for appellant.

F. Emmett Fitzpatrick, Dist. Atty., Richard A. Sprague, 1st Asst. Dist. Atty., Steven H. Goldblatt, Asst. Dist. Atty., Chief, Appeals Division, Philadelphia, for appellee.

Before JONES, C. J., and EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

OPINION OF THE COURT

PER CURIAM.
Judgment of sentence affirmed.